**Alexander PASTENE, Plaintiff— Appellant,**

v.

**BEAUFORT COUNTY SCHOOL DISTRICT; Herman Gaither; Calvin White; Otis Smith; Carl Simmons; Mark Seigle; Herbert Glaze; William Evans; Richard McClure; Officer Hayes, Beaufort Police; City of Beaufort Police Department, Defendants— Appellees.**

No. 04–1346.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 25, 2004.

Decided Sept. 3, 2004.

Alexander Pastene, Appellant pro se. Darra James Coleman, Woods & Givens, L.L.P., Lexington, South Carolina, Mary Bass Lohr, Howell, Gibson & Hughes, P.A., Beaufort, South Carolina, for Appellees.

Before WIDENER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Alexander Pastene appeals the district court's order adopting in part the magistrate judge's recommendation and granting summary judgment to Defendants in Pastene's employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pastene v. Beaufort County Sch. Dist.,* No. CA–02–3880–9–2–23 (D.S.C. Jan. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*